[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12116
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 5, 2011
JOHN LEY
CLERK

D. C. Docket No. 1:09-cr-20545-AJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE CARRENO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 5, 2011)

Before EDMONDSON, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Hector Flores, appointed counsel for Jose Carreno in this direct criminal

appeal, has filed a motion to withdraw from further representation of the appellant,

because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and Carreno's conviction and sentence are **AFFIRMED**.